IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| v. | ) | No. 24-4471 |
| | ) | |
| UMAR FAROOQ CHAUDHRY, | ) | |
| | ) | |
| Defendant- Appellant. | ) | |

**Government's Unopposed Motion for an Extension
of the Deadline for Filing its Response Brief**

In May 2024, the defendant, Umar Farooq Chaudhry, pleaded guilty to providing material support to a designated foreign terrorist organization. As part of his plea agreement, Chaudhry preserved his ability to appeal the district court's denial of his motion to dismiss. In August 2024, the district court sentenced Chaudhry to time served.

On December 4, 2024, Chaudhry filed his opening brief in this Court. The government's response brief is currently due on December 27, 2024. The government now moves this Court for a 28-day extension of the filing deadline, such that its response brief would be due on January 24, 2025.

The government is proceeding diligently to meet all relevant deadlines. However, undersigned counsel lacks sufficient time to complete a response brief.

Counsel is currently on paternity leave, caring for two newborn infants. Counsel also recently left the U.S. Attorney's Office and rejoined the Department of Justice's National Security Division and requires additional time to access case-related material. Specifically, counsel intends to file a supplemental appendix with a classified document considered by the district court in connection with the litigation on Chaudhry's motion to dismiss. At present, undersigned counsel lacks access to this document and therefore cannot coordinate its delivery to the Court through the Classified Security Information Officer.

    For these reasons, the government respectfully requests a 28-day extension of the filing deadline, such that its response brief would be due on January 24, 2025. The defendant's counsel does not oppose this request.

Respectfully submitted,

By:           /s/
Joseph Attias
Attorney for the United States
Department of Justice
National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Joseph.Attias@usdoj.gov

## Certificate of Compliance

This motion complies with the type-volume limitation set forth in Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 243 words.

This motion also complies with the typeface and type-style requirements in Fed. R. App. P. 32(a)(5) and (a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

By:       /s/      
Joseph Attias